

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 2 9 2010

J T NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### ADMINISTRATIVE ORDER

By agreement of the judges, pursuant to authority of the U. S. District Court, Southern

District of Mississippi, Internal Rule 1, as amended, and to assure prompt and expeditious

handling of the court docket, all cases currently assigned to former Magistrate Judge James C.

Sumner shall be reassigned to Magistrate Judge F. Keith Ball, unless otherwise provided.

SO ORDERED, this _29th_ day of January, 2010.

_____
Henry T. Wingate, Chief Judge